**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 556 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CRAIG REED, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED,** due to Petitioner's failure to demonstrate by reference to the record that he was sentenced pursuant to 42 Pa.C.S. § 9712.1 as alleged, without prejudice to Petitioner's rights, if any, under the Post Conviction Relief Act, 42 Pa.C.S. §§ 9541 *et seq.*

    .